IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEQUANA HORNER | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 2:12-mc-00136 |
| DAVIS DAVIS ATTORNEYS, P.C. | ) |

WRIT OF EXECUTION

UNITED STATES OF AMERICA:
WESTERN DISTRICT OF PENNSYLVANIA:

To the United States Marshal of the Western District of Pennsylvania:
To satisfy the judgment, interest and costs against DAVIS DAVIS ATTORNEYS, P.C.
Defendant:
(1) You are directed to levy upon the property of the defendant to sell his interest therein;
(2) You are also directed to attach the property of the defendant not levied upon the in possession of PNC BANK, N.A.

as garnishee, and to notify the garnishee that
  (a) an attachment has been issued;
  (b) The garnishee is enjoined from paying any debt to or for the account of the defendant and delivering any property of the defendant or otherwise disposing thereof,
(3) If property of the defendant not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

Amount due $ 3,870.29
Interest from 12/14/11 $
Costs $
Plus costs of service of writ of execution

DATED: June 20, 2012



s/Robert V. Barth, Jr.
Clerk

s/Ginelle M. Puraty
DEPUTY CLERK