IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DEQUANA HORNER | ) ) ) ) ) ) ) ) ) |
|  | Civil Action No.   2:12-mc-00136 |
| DAVIS DAVIS ATTORNEYS, P.C. |  |

### MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS

Pursuant to Rule 4(c), Federal Rules of Civil Procedure, the plaintiff(s) in the above-captioned civil action hereby move(s) this Court to specially appoint __Kirk Vaughan__ to serve the __writ & interrogatories__ upon __PNC Bank, N.A.__ in this action, and represent(s) that
1. Said person is competent and not less than eighteen (18) years of age.
2. Said person is not and will not be a party to this action.
3. Granting the instant motion will effect substantial savings in time and/or travel fees of the United States Marshal.

/s/ Joanne S. Faulkner
ATTORNEY FOR PLAINTIFF(S)

### ORDER

AND NOW, to wit, this __20__ day of __June__, 20__12__, IT IS ORDERED that __Kirk Vaughan__ be and the same specially appointed to serve the __writ & interrogatories__, upon __PNC Bank, N.A.__ in this action.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Rule 4(g), Federal Rules of Civil Procedure.



FOR THE COURT:

ROBERT V. BARTH, JR., CLERK
s/Robert V. Barth, Jr.


s/Ginelle M. Puraty
DEPUTY CLERK